Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| MICHAEL PEREZ, | 3:18-cv-00902-YY |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court finds and orders an attorney fee of $13,068.25 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $3,182.59 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this __25th__ day of _____March_____, 2020.

/s/ Youlee Yim You

Judge Youlee Yim You
United States Magistrate Judge